IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. NO. 2:12cr108-MHT |
| | ) | [18 U.S.C. § 2; |
| v. | ) | 18 U.S.C. § 286; |
| | ) | 18 U.S.C. § 1028(a)(7); |
| | ) | 18 U.S.C. § 1028(b)(1)(D); |
| | ) | 18 U.S.C. § 1028A(a)(1); and |
| ANGELINE AUSTIN | ) | 18 U.S.C. § 1030(a)(4)] |

INDICTMENT

The Grand Jury charges:

COUNT 1

1. At all times material to this Indictment:

    a. Defendant Angeline Austin was employed with Southern Records Management, Inc. and was assigned to Troy Hospital.

    b. She used her position to obtain from Troy Hospital over eight hundred names, Social Security numbers, and dates of birth ("the identifiers") of patients of the hospital.

2. Between on or about January 17, 2011 and on or about March 25, 2011, the exact dates being unknown to the Grand Jury, in Montgomery County and Pike County, within the Middle District of Alabama, the defendant,

ANGELINE AUSTIN,

knowingly and willfully entered into an agreement, combination, and conspiracy with others known and unknown to the Grand Jury, to defraud the United States by obtaining and aiding to

obtain the payment and allowance of false, fictitious, and fraudulent claims, to-wit: the payments of refunds generated by falsely filed tax returns in the manner and means as follows:

3. It was a part of the conspiracy that defendant Angeline Austin would sell the identifiers to a third conspirator whose identity is known to the Grand Jury.

4. It was a further part of the conspiracy that the identifiers would be used to cause fraudulent tax returns to be prepared and filed with the Internal Revenue Service.

5. It was a further part of the conspiracy that the fraudulently obtained tax refunds would be placed on prepaid debit cards.

6. It was a further part of the conspiracy that the conspirators would use Automated Teller Machines to retrieve the refunds from the prepaid debit cards.

7. It was a further part of the conspiracy that Angeline Austin would receive $1,500.00 for every one hundred names defendant Angeline Austin sold.

All in violation of Title 18, United States Code, Section 286.

## COUNTS 2 - 8

Between on or about June 13, 2010, and March 25, 2011, the exact dates being unknown to the Grand Jury, in Pike County, within the Middle District of Alabama, the defendant,

ANGELINE AUSTIN,

did knowingly transfer, possess, and use in and affecting interstate commerce, without lawful authority, a means of identification of another person, listed below, with the intent to commit, and to aid and abet, and in connection with, any unlawful activity that constitutes a violation of Federal law, to-wit: theft of government property and, as a result of the offense, the defendant

and a conspirator, whose name is known to the Grand Jury, obtained a thing of value aggregating $1,000 or more during any 1-year period, as follows:

| COUNT | NAME TO WHOM THE ACCESS DEVICE HAD BEEN ISSUED |
|---|---|
| 2 | R. N. |
| 3 | T. G. |
| 4 | M. J. |
| 5 | N. M. W. |
| 6 | Z. P. |
| 7 | N. W. |
| 8 | S. C. |

All in violation of Title 18, United States Code, Sections 1028(a)(7) and (b)(1)(D).

## COUNTS 9 - 15

Between on or about June 13, 2010, and March 25, 2011, the exact dates being unknown to the Grand Jury, in Pike County, Alabama, within the Middle District of Alabama, the defendant,

ANGELINE AUSTIN,

did knowingly and with intent to defraud, exceed her authorized access to a protected computer, to-wit: the computer system of Troy Hospital, and by means of such conduct furthered the intended fraud, to-wit: by obtaining the personal identifying information of patients listed below, and obtained a thing of value, to-wit: United States currency, as follows:

| COUNT | NAME TO WHOM THE ACCESS DEVICE HAD BEEN ISSUED |
|---|---|
| 9 | R. N. |

| 10 | T. G. |
|---|---|
| 11 | M. J. |
| 12 | N. M. W. |
| 13 | Z. P. |
| 14 | N. W. |
| 15 | S. C. |

All in violation of Title 18 United States Code, Sections 1030(a)(4) and (c)(3)(A).

## COUNTS 16 - 22

Between on or about June 13, 2010, and March 25, 2011, the exact dates being unknown to the Grand Jury, in Pike County, Alabama, within the Middle District of Alabama, the defendant,

ANGELINE AUSTIN,

aided and abetted by others known and unknown to the Grand Jury, during and in relation to an enumerated felony, namely, computer fraud as charged in Counts 9 - 15 of this Indictment, did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, that is, the names, dates of birth, and Social Security numbers of individuals, listed below:

| COUNT | NAME TO WHOM THE ACCESS DEVICE HAD BEEN ISSUED |
|---|---|
| 16 | R. N. |
| 17 | T. G. |
| 18 | M. J. |
| 19 | N. M. W. |

4

| 20 | Z. P. |
|----|-------|
| 21 | N. W. |
| 22 | S. C. |

All in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

A TRUE BILL:

_____
Foreperson

GEORGE L. BECK, JR.
UNITED STATES ATTORNEY

_____
W. Brent Woodall
Assistant United States Attorney