IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )     CRIMINAL ACTION NO.
     v.                     )        2:12cr108-MHT
                            )            (WO)
ANGELINE AUSTIN             )
```

ORDER

This case is before the court on the petitions for early termination of supervised release filed by defendant Angeline Austin and her probation officer. The government does not oppose the petitions. Because defendant Austin has completed almost two and a half years of her three-year term of supervised release, maintained steady employment, paid off her restitution, and complied with all terms of supervised release, the court concludes that the petitions should be granted.

Accordingly, it is ORDERED that the petitions for early termination of supervised release (doc. nos. 42 and 45) are granted, defendant Angeline Austin's supervised release is terminated, and she is

discharged.

    DONE, this the 25th day of August, 2020.

                                       /s/ Myron H. Thompson  
                                    **UNITED STATES DISTRICT JUDGE**